UNITED STATES BANKRUPTCY COURT
Southern District of Florida
Case No. 13-19252-PGH
Chapter 11

In re:  JMGC, Inc., d/b/a Caruso Ristorante,
fka Caruso of Boca, Inc.
Debtors,
_____/

### NOTICE OF APPEARANCE

Pursuant to Bankruptcy Rule 9010(b) and Rules 2002-1 and 9010-1 of the *Local Rules of the United States Bankruptcy Court for the Southern District of Florida*, George L. Sigalos of the law firm of SIMON & SIGALOS, LLP hereby files and serves his notice of appearance representing James H. Batmasian d/b/a Investments Limited, a named creditor of the debtor in the above-styled cause, and requests all notices, documents, schedules and papers filed or served in the above-captioned action from this date forward, to be served to the undersigned attorney.

Dated:  May 8, 2013

SIMON & SIGALOS, LLP
3839 NW Boca Raton Boulevard
Suite 100
Boca Raton, Florida 33431
(561) 447-0017 Telephone
(561) 447-0018 Facsimile
**Attorney for James H. Batmasian d/b/a Investments Limited**

/s/ George L. Sigalos
George L. Sigalos, Esq.
Florida Bar No.: 782432
Ceagan@SimonSigalos.com (Primary)
Info@SimonSigalos.com (Secondary)

## CERTIFICATE OF SERVICE

I HEREBY certify that on May 8, 2013, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record via transmission of Notices of Electronic Filing generated by CM/ECF to those counsel and parties who are registered users and receive Notices of Electronic Filing in this case and furnished via first class mail postage paid to every other party in interest who are not registered users as listed below.

Dated: May 8, 2013,                                    SIMON & SIGALOS, LLP
                                                      3839 NW Boca Raton Blvd
                                                      Suite 100
                                                      Boca Raton, FL 33431
                                                      Telephone: (561) 447-0017
                                                      Facsimile: (561) 447-0018


                                                      */s/ George L. Sigalos*
                                                      George L. Sigalos, Esq.
                                                      Florida Bar No.782432


SERVICE LIST: *Case No.*: 13-19252-PGH

*Notice will be electronically mailed to:*

Attorney for JMGC, Inc.
Herbert W. Biggs, Esq.
hwbseawatch@gmail.com

Office of the US Trustee, U.S. Trustee
USTPRegion21.MM.ECF@usdoj.gov

*Notice will be mailed via regular U.S. Mail to:*

JMGC, Inc.
187 SE Mizner Blvd.
Boca Raton, Fl 33432